JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| ARTHUR TABACCO, )<br>            Plaintiff, )<br>     v. )<br>MICHAEL J. ASTRUE,<br>Commissioner of the )<br>Social Security Administration, )<br>            Defendant. )<br>_____) | Case No. EDCV 11-1803-MLG<br><br>JUDGMENT |

**IT IS ADJUDGED** that this action is remanded to Defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.

DATED: July 13, 2012

_____
MARC L. GOLDMAN
United States Magistrate Judge